UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:11-cr-597-T-30AEP

RUSSEL HESLIN

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 20), pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to the defendant for $34,790.00 in U.S. currency.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the nexus between the drug trafficking conspiracy, in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vii), as charged in Count One of the Information, and the currency identified above. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 20) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), the currency identified above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on April 6, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to</u>:
Counsel/Parties of Record

F:\Docs\2011\11-cr-597.forfeit 20.wpd