UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:11-cr-597-T-30AEP

RUSSEL HESLIN

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for $34,790.00 in U.S. currency.

Being fully advised in the premises, the Court finds that on April 6, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Heslin in the currency. Doc. 21.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case. Docs. 25 and 27.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from April 9, 2012 through May 8, 2012. Doc. 23. The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest

within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Heslin, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the currency.  No third party has filed a petition or claimed an interest in the currency, and the time for filing a petition has expired.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the currency is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the currency is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 5, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Anita M. Cream, AUSA

Counsel of Record

2